UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,         )
                                  )
           Plaintiff,             )
                                  )
    v.                            )    2:11-CR-403-MMD-(PAL)
                                  )
WILLIAM MORRISON,                 )
                                  )
           Defendant.             )

**FINAL ORDER OF FORFEITURE**

On July 13, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant WILLIAM MORRISON to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum, and shown by the United States to have the requisite nexus to the offense to which defendant WILLIAM MORRISON pled guilty. Criminal Indictment, ECF No. 1; Minutes of Change of Plea Proceedings, ECF No. 91; Plea Memorandum, ECF No. 92; Preliminary Order of Forfeiture, ECF No. 93.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 20, 2012, through August 18, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 97.

. . .

On August 27, 2012, DAVID E. PULSE was served by personal in-hand service with a copy of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 99.

On August 30, 2012, DAVID E. PULSE filed with the court a Petition for Hearing to Adjudicate Legal Interest in Property relating to the Glock Model 23, .40 caliber semi-automatic pistol, serial number ATX511US. (Filed Sealed)

On September 6, 2012, DAVID E. PULSE filed with the court a Motion to Withdraw his claim. Motion of David Pulse to Withdraw Claim, ECF No. 101.

On September 6, 2012, the Petition, Stipulation for Return of Property and Order as to DAVID E. PULSE was filed. (ECF. No. 100). On September 7, 2012, the Court entered the Order granting the Petition, Stipulation for Return of Property. (ECF No. 102).

This Court finds no other petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a.    Glock Model 23, .40 caliber semi-automatic pistol, serial number ATX511US; and

    b.    any and all ammunition ("property").

. . .
. . .
. . .
. . .

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 19th day of September, 2012.

UNITED STATES DISTRICT JUDGE