**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:11-CR-403-MMD-(PAL) |
| JORGE PEREZ, | ) ) ) | |
| Defendant. | ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on March 12, 2013, defendant JORGE PEREZ pled guilty to Count One of a Three-Count Criminal Indictment charging him with Possession of a Firearm by a Convicted Felon in violation of Title 18, United States Code, Sections 922(g)(1). Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 118.

This Court finds defendant JORGE PEREZ agreed to the forfeiture of property set forth in the Forfeiture Allegation of the Criminal Indictment and Plea Agreement. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 118.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and Plea Agreement and the offense to which defendant JORGE PEREZ pled guilty. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 118.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

1. one black Glock, model 26, 9mm, semi-automatic pistol, bearing serial number NFN055;
2. one black Glock, model 23, .40 caliber semi-automatic pistol, bearing serial number ATX511US;
3. one Colt M4 22L Black firearm, bearing serial number BP039956;
4. one Norinco SKS 7.62 x 39 rifle, with an unknown serial number;
5. one Mac 90 Rifle with a blond stock;
6. one Armi Jager Italy AP80 .22lr S/A AK-47 type rifle, bearing serial number 018355;
7. one Remington 1187 12 gauge shotgun with custom blond maple stocks, bearing serial number PC 684712;
8. one Remington 870 Express, bearing serial number B127027M;
9. one Remington 1187 12 gauge shotgun, with an unknown serial number;
10. one Mossberg 12 gauge shotgun with a black stock, and an unknown serial number; and
11. any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JORGE PEREZ in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 13th day of March, 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE