# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:11-cr-00403-APG-PAL |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | (Mtn to Substitute - Dkt. #127) |
| | ) | |
| MELISSA MARTINO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Motion to Substitute Counsel (Dkt. #127) filed June 4, 2013. Lisa Rasmussen seeks leave to be substituted in the place of Karen C. Winkler as counsel for Defendant Melissa Martino. LR IA 10-6 provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." A federal grand jury returned an Indictment (Dkt. #1) against Defendant Martino on November 15, 2011, charging her with one count of possession of stolen guns in violation of 18 U.S.C. § 922(j). Trial is currently scheduled on October 8, 2013. *See* Order to Continue (Dkt. #123).

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED**:

1. The Motion to Substitute (Dkt. #127) is GRANTED.
2. Lisa Rasmussen is substituted in the place of Karen Winkler as counsel for Defendant Melissa Martino, subject to the provisions of LR IA 10-6(c) and (d).

Dated this 12th day of June, 2013.

                                                        PEGGY A. LEEN
                                                        UNITED STATES MAGISTRATE JUDGE