|     |                                      |   |                        |
| --- | ------------------------------------ | - | ---------------------- |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:11-CR-403-APG-(PAL) |
| WILLIAM MORRISON, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America's interests and rights expired in:

1. Glock Model 23, .40 caliber semi-automatic pistol, serial number ATX511US; and
2. any and all ammunition ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Preliminary Order of Forfeiture (ECF No. 93), the Order Granting the Stipulation for Return of Property (ECF No. 102), and the Final Order of Forfeiture (ECF No. 105) entered in this case are null and void;

. . .

. . .

. . .

. . .

1      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the above-named
2 property does not revert to WILLIAM MORRISON, and/or any person acting in concert with him
3 and/or on his behalf.

                                              IT IS SO ORDERED:

                                              _____
                                              UNITED STATES DISTRICT JUDGE
                                              DATED: __August 20, 2013__