# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JORGE PEREZ, ) <br> ) <br> Defendant. ) <br> ) | 2:11-CR-403-APG-(PAL) |

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America's interests and rights expired in:

1. one black Glock, model 26, 9mm, semi-automatic pistol, bearing serial number NFN055;
2. one black Glock, model 23, .40 caliber semi-automatic pistol, bearing serial number ATX511US;
3. one Colt M4 22L Black firearm, bearing serial number BP039956;
4. one Norinco SKS 7.62 x 39 rifle, with an unknown serial number;
5. one Mac 90 Rifle with a blond stock;
6. one Armi Jager Italy AP80 .22lr S/A AK-47 type rifle, bearing serial number 018355;

7. one Remington 1187 12 gauge shotgun with custom blond maple stocks, bearing serial number PC 684712;

8. one Remington 870 Express, bearing serial number B127027M;

9. one Remington 1187 12 gauge shotgun, with an unknown serial number;

10. one Mossberg 12 gauge shotgun with a black stock, and an unknown serial number; and

11. any and all ammunition ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Preliminary Order of Forfeiture (ECF No. 119) entered in this case is null and void;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the above-named property does not revert to JORGE PEREZ, and/or any person acting in concert with him and/or on his behalf.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: August 20, 2013